# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: March 13, 2024

Mr. Thomas Elliot Gaiser  
Office of the Attorney General of Ohio  
30 E. Broad Street  
17th Floor  
Columbus, OH 43215

Mr. Matthew Franklin Kuhn  
Office of the Attorney General of Kentucky  
700 Capitol Avenue  
Suite 118  
Frankfort, KY 40601

Mr. James Matthew Rice  
Office of the Attorney General of Tennessee  
P.O. Box 20207  
Nashville, TN 37202-0207

Re: Case No. 24-3220, *Ohio Bureau of Workers' Compensation, et al v. SEC*  
Originating Case No. S7-10-22

Dear Counsel,

This case has been docketed as number **24-3220** with the caption that is enclosed on a separate page. Please check the caption for accuracy and notify the Clerk's Office if any corrections should be made.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

The following forms should be downloaded from the web site and filed with the Clerk's office by **March 27, 2024**. If payment did not accompany the petition for review, the $600 filing fee should also be paid by this date.

| | |
|---|---|
| Petitioner: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| Respondent: | Appearance of Counsel |

More specific instructions are printed on each form. These deadlines are important - if the initial forms are not timely filed and necessary fees paid, the case will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Gretchen S. Abruzzo
Case Manager
Direct Dial No. 513-564-7018

cc: Ms. Vanessa A. Countryman

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 24-3220

OHIO BUREAU OF WORKERS' COMPENSATION; COMMONWEALTH OF KENTUCKY, ex rel.; RUSSELL MATTHEW COLEMAN, Attorney General; STATE OF TENNESSEE, ex rel.; JONATHAN THOMAS SKRMETTI, Attorney General

    Petitioners

v.

SECURITIES AND EXCHANGE COMMISSION

    Respondent